# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHET MORRISON CONTRACTORS, L.L.C.

NO.   2023 CW 0560

VERSUS

**SEPTEMBER 11, 2023**

SPARTAN DIRECTIONAL, LLC

---

In Re:    Arthur  J.  Gallagher  Risk  Management  Services,  Inc., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 183-674.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

> **MRT**
> **AHP**
> **HG**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT